UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re:

Tango Branded Entertainment, LLC,

                Debtor(s).    /

Tango Branded Entertainment, LLC,

                Plaintiff(s),

vs.

Daimler Chrysler Corporation,

                Defendant(s).    /

Case No. 06-59217-wsd
Chapter 11

Adv. Pro. No. 07-6289
Hon. Walter Shapero

**ADVERSARY PROCEEDING SCHEDULING ORDER**

      The within proceeding being at issue by reason of the pleadings filed therein, and after consultation with the parties, pursuant to Fed. R. Bankr. P. 7016 and 7026 and the parties having conducted a conference and submitted a written report thereof ("26(f) Report") under Fed. R. Civ. P. 26(f), IT IS HEREBY ORDERED that further proceedings in this case shall be governed by the following:

I.

Discovery Plan and Other Provisions of Rule 26(f) Report

      The Rule 26(f) Report is adopted as an order of this Court and incorporated herein.

II.

Filing of Joint Final Pretrial Order

      A Joint Final Pretrial Order prepared in accordance with L.B.R. 7016-1(E.D.M.) shall be filed at the Final Pretrial Conference.

III.

Mediation

As soon as possible, but in any event, not later than 45 days before the Final Pretrial Conference, plaintiff(s) attorney shall arrange for a conference call, or an in person conference with the Court, involving counsel for all parties, as well as any unrepresented party, for the purpose of discussing mediation of this case in accordance with L.B.R. 7016-2 (E.D.M.).

IV.

Final Pretrial Conference

A final pretrial conference will be held on August 5, 2009 at 9:30 a.m. in Chambers, Room 1029, U.S. Courthouse, 231 W. Lafayette, Detroit.

V.

Trial Date(s) in Bankruptcy Court

THE TRIAL OF THIS MATTER shall be held in this Court and SHALL COMMENCE on **August 18 - 19, 2009 at 9:30 a.m. in Courtroom 1042, U.S. Courthouse, 231 W. Lafayette, Detroit.**

VI.

Miscellaneous Matters

(a) Adjournment(s) or Changes in this Order

Requests for adjournment of the trial date are governed by L.B.R. 7016-3 (b) and (c) (E.D.M.). Any changes in any other dates or provisions of this order are to be sought in accordance with L.B.R. 9014-1 (E.D.M.), or by written stipulation provided that in any case good cause shall be shown, and approval of the Court is required.

(b) Exhibits and Discovery Disputes

Exhibits to be offered in evidence are to be processed pursuant to L.B.R. 7016-1(d) (E.D.M.). Note should be taken of L.B.R. 9014-1(h) (E.D.M.) relative to discovery disputes. Parties are encouraged to resolve disputes before a motion regarding discovery is filed, and are directed to strictly comply with L.B.R. 9014-1(g) and (h) (E.D.M.) if a motion is ultimately required.

2

07-06289-wsd    Doc 28    Filed 04/08/08    Entered 04/08/08 14:05:48    Page 2 of 3

(c) <u>Settlement</u>

Note should be taken of L.B.R. 9019-1 (E.D.M.) relative to settlements.

(d) <u>Status or Pretrial Conference Request</u>

Any party may request a status conference (or a conference to discuss or further consult in reference to this order) by a communication, in writing, addressed to the Court with copies to opposing or other counsel and/or any pro se parties. Upon receipt of such a request (or <u>sua sponte</u>) the Court will schedule such a conference (in person or by phone) if the Court believes it will advance or be helpful in the disposition of this proceeding.

(e) <u>Non-filing of Discovery Materials</u>

See L.B.R. 7026-1(a) (E.D.M.).

Signed on: April 8, 2008

/s/ Walter Shapero
Walter Shapero
United States Bankruptcy Judge