# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the matter of:

TANGO BRANDED ENTERTAINMENT, LLC,
a Michigan corporation,

       Debtor-in-Possession.
_____/

TANGO BRANDED ENTERTAINMENT, LLC
a Michigan limited liability company,

       Plaintiff.

vs.

DAIMLER CHRYSLER CORPORATION,
a Delaware corporation,

       Defendant.
_____/

Case No. 06-59217-wsd
Chapter 11 Proceeding

Adv. Pro. 07-06289-wsd

Hon. Walter Shapero

**NOTICE OF SUGGESTION OF BANKRUPTCY**

MILLER CANFIELD PLC
Clarence L. Pozza (P24168)
Leland D. Barringer (P29011)
Tamira T. Cason-Chapman (P71175)
Chrysler LLC, f/k/a DaimlerChrysler Corporation
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
*Attorneys for Defendant*

| SULLIVAN, WARD, ASHER, & PATTON, PC | MORGANROTH & MORGANROTH |
|---|---|
| Wallace M. Handler (P14598) | Mayer Morganroth (P17966) |
| General Counsel for the Debtor | Jeffrey Morganroth (P41670) |
| 25800 Northwestern Highway, Suite 1000 | Aaron Herskovic (P66092) |
| P.O. Box 222 | Special Counsel for Plaintiff |
| Southfield, MI 48075-8412 | 3000 Town Center, Suite 1500 |
| (248) 746-2780 | Southfield, Michigan 48075 |
| *Attorneys for Plaintiff* | (248) 355-3084 |
| | *Attorneys for Plaintiff* |

## NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE THAT** on April 30, 2009 (the "Petition Date"), Chrysler LLC ("Chrysler") and certain domestic direct and indirect subsidiaries (the "Debtors"), filed a voluntary petition for relief in the United States Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), which is being jointly administered and which is pending before the Honorable Arthur J. Gonzalez as Case No. 09-50002 (AJG).

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the automatic stay imposed by operation of section 362 of the Bankruptcy Code, from and after the Petition Date no cause of action arising prior to, or relating to the period prior to, the Petition Date, including this action, may be commenced or prosecuted against the Debtors, including Chrysler LLC, formerly known as DaimlerChrysler Company LLC and DaimlerChrysler Corporation, in this civil action, and no related judgment may be entered or enforced against the Debtors outside of the New York Bankruptcy Court without the New York Bankruptcy Court first issuing an order lifting or modifying the automatic stay for such specific purpose.

> Respectfully submitted,
>
> MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>
> By: /s/ Leland D. Barringer
> Clarence L. Pozza (P24168)
> Leland D. Barringer (P29011)
> Tamira T. Cason-Chapman (P71175)
> Chrysler LLC, f/k/a DaimlerChrysler
> 150 West Jefferson Avenue, Suite 2500
> Detroit, Michigan 48226
> (313) 963-6420
> barringer@millercanfield.com

Dated: May 1, 2009
DELIB:3086192.1\003369-00461